

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00204-CR

_____


SHANNA LEIGH CARPENTER, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1927105


Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Shanna Leigh Carpenter entered an open plea of guilty to burglary of a habitation, a second-degree felony. *See* TEX. PENAL CODE ANN. § 30.02. After she pled true to the State's punishment enhancement allegation, the trial court sentenced Carpenter to fifteen years' incarceration and ordered her to pay $15,000.00 in restitution. Carpenter appeals.

Carpenter's attorney on appeal has filed a brief which states that she has reviewed the record and has found no genuinely arguable issues that could be raised. The brief sets out the procedural history and summarizes the evidence elicited during the course of the trial proceeding. Providing a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced, counsel has met the requirements of *Anders v. California*. *See Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

On December 5, 2019, counsel mailed to Carpenter a copy of the brief, the motion to withdraw, and a motion for pro se access to the appellate record lacking only Carpenter's signature. Carpenter was informed of her right to review the record and file a pro se response. By letter dated December 6, this Court informed Carpenter that her pro se motion for access to the record was due on or before December 23. On January 23, 2020, this Court notified Carpenter that any pro se response was due on or before February 24. On March 2, this Court further informed Carpenter that the case would be set for submission on the briefs on March 23. We received neither a pro se

2

response from Carpenter nor a motion requesting an extension of time in which to file such a response.

We have determined that this appeal is wholly frivolous. We have independently reviewed the entire appellate record and, like counsel, have determined that no arguable issue supports an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). In the *Anders* context, once we determine that the appeal is without merit, we must affirm the trial court's judgment. *Id.*

We affirm the judgment of the trial court.[1]

Josh R. Morriss, III
Chief Justice

Date Submitted: March 23, 2020
Date Decided: March 24, 2020

Do Not Publish

---

[1]Since we agree that this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant desire to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review (1) must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing was overruled by this Court, *see* TEX. R. APP. P. 68.2, (2) must be filed with the clerk of the Texas Court of Criminal Appeals, *see* TEX. R. APP. P. 68.3, and (3) should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 68.4.